**Max P. STEWART, alias Claude A. Bronson, alias Oscar L. Dunlap, alias Joe A. Cook, Appellant, v. UNITED STATES of America, Appellee.**

No. 9510.

Circuit Court of Appeals, Sixth Circuit.

Feb. 16, 1944.

Max Stewart, of Leavenworth, Kan., in pro. per.

Don C. Miller, of Cleveland, Ohio, for the United States.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause having come on for a hearing upon the transcript of record and upon the brief of appellant, and no merit being found in appellant's contentions, the order of the district court, entered March 10, 1943, denying appellant's motion to correct judgment and vacate sentence of June 22, 1939, is affirmed.